UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APRIL WASHINGTON; JORDAN WASHINGTON,<br><br>                    Plaintiffs,<br><br>-against-<br><br>UNITED STATES; FEDERAL ADMINSTRATION EMPLOYEES; UNITED STATES DISTRICT OF COLUMBIA SUPREME COURT,<br><br>                    Defendants. | 21-CV-9518 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 7, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i), (iii). Jordan Washington is also dismissed from this action without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiffs and note service on the docket.

SO ORDERED.

Dated:   February 7, 2022
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge